# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA FORT LAUDERDALE DIVISION

KEVIN BAIN
Movant,


v.                                                    CASE NO.


BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES (ATF),
Respondent.

_____/

## MOTION FOR RETURN OF PROPERTY

**COMES NOW,** Kevin Bain, the Movant, respectfully moves this Honorable Court for the return of property unlawfully seized by Elizabeth Morales of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF).

### Description of the Property:

ATF Item 000016- Glock, Model 17, 9mm, Serial# TKC470

ATF Item 0000010- Glock, Model 17, 9mm, Serial# XWL026

ATF Item 000005- Samsung Cellphone, Galaxy Model SM-G973U, IMEI 356029100299006

ATF Item 000014- Wallet with Kevin Bain's Driver License and credit/debit cards

ATF Item 000004- LG Tower Desktop computer Serial# C6170315001267

### Location of the Seizure:

16442 NW 13th Street, Pembroke Pines FL (Movant's residential house)

299 East Broward Boulevard, Suite 401, Fort Lauderdale, Florida 33301 (Federal Enclave)

### Date of the Seizure:

July 25th, 2020 for all of the above-described items except ATF Item 000016- Glock, Model 17, 9mm, Serial# TKC470

July 28th, 2020 for ATF Item 0000010- Glock, Model 17, 9mm, Serial# XWL026

**Seizing Agency:**

Bureau of Alcohol, Tobacco, Firearms and Explosives (hereinafter ATF)

ATF Special Agent Elizabeth Morales (hereinafter Agent Morales)

## STATEMENT OF FACTS

1. On July 21st, 2020, Whitney English filed a criminal complaint to Detective Christopher Smith of Miramar PD alleging that the Movant verbally threatened her over her cellphone from a blocked number 513 times within 14 hours on July 21st, 2020 (See Exhibit A [Page 1])

2. On July 21st, 2020, after speaking with Whitney English, Detective Christopher Smith (hereinafter Det. Smith) concluded that there was no Probable Cause in Whitney English's criminal complaint, thus transferred it over to Agent Morales (See Exhibit A [Page 2]).

3. On July 24th, 2020, after speaking with Whitney English, Agent Morales applied for two ATF Seach Warrants (20-6296-HUNT & 20-6297-HUNT) using the same Search Warrant Affidavit (See Exhibit B).

4. The underlying Federal offenses of the two ATF Search Warrants (20-6296-HUNT & 20-6297-HUNT) are 18 U.S. Code § 875 (Threats over Interstate Commerce) and 18 U.S. Code § 2261A(2)(B) (Stalking) (See Exhibit B)

5. Both underlying Federal offenses of the ATF Search Warrants are based upon Whitney English filed criminal complaint that the Movant calling her cellphone 513 within 14 hours via blocked number on July 21st, 2020 (See Exhibit A, Page 2)

6. On July 24th, 2020, Federal Magistrate Patrick Hunt issued both ATF Search Warrants: the residential (20-6296-HUNT) & Vehicular (20-6297-HUNT) (See Exhibit C)

7. On July 25th, 2020, Agent Morales executed the residential ATF Search Warrant (20-6296-HUNT) against the Movant's house and seized the Movant's car from his driveway (See Exhibit B).

8. During the execution of the Residential ATF Search Warrant, Agent Morales seized:
   - ATF Item 000016- Glock, Model 17, 9mm, Serial# TKC470
   - ATF Item 000005- Samsung Cellphone, Galaxy Model SM-G973U, IMEI 356029100299006;
   - ATF Item 000014- Wallet with Kevin Bain's Driver License and credit/debit cards;
   - ATF Item 000004- LG Tower Desktop computer Serial# C6170315001267 (See Exhibit B).

9. On July 28th, 2020, at the Field Office of the ATF in Fort Lauderdale, FL (299 East Broward Boulevard, Fort Lauderdale, Florida 33301), Agent Morales along with other ATF agents executed the vehicular Search Warrant (20-6297-HUNT) and seized the following property from the Movant's car:
   ATF Item 0000010- Glock, Model 17, 9mm, Serial# XWL026 (See Exhibit B).

10. On September 8th, 2020, Agent Morales mailed a Notice of an Administrative Forfeiture to the Movant for the following seized property:
    - ATF Item 0000010- Glock, Model 17, 9mm, Serial# XWL026
    - ATF Item 000016- Glock, Model 17, 9mm, Serial# TKC470 (See Exhibit D).

11. On October 8th, 2020, the Movant filed his claim/interest for both forfeitable firearms within the statutory 35-day deadline prescribed by 18 U.S. Code § 983(a)(2)(B) (See Exhibit D).

12. The 90-day deadline for the seizing Agency to file a Civil, or a Criminal, Forfeiture, after a Property owner has made their claim, has long expired.

13. As of this writing, there is no filed Warrant Return for either ATF Search Warrants (See Exhibit C).

## **Legal Standard**

Federal Rule of Criminal Procedure 41(g) provides that a person aggrieved by an unlawful search and seizure or deprivation of property may move for its return. The movant must show lawful possession, that the property is not contraband, and either that the seizure was unlawful or the government's need for the property has ended (In re Application of Madison, 687 F. Supp. 2d 103, 109 (E.D.N.Y. 2009)).

/S/ _____

**Kevin Bain, Property Owner**
**16442 NW 13th Street, Pembroke Pines FL 33028**
Moorish3000@gmail.com
**Ph.: (954) 998-9296**

/D/ 7-__-25   _____



how2recycle.info
PLASTIC BAG

PRESS FIRMLY TO SEAL



# UNITED STATES POSTAL SERVICE ®

late specified for domestic use.

s include $100 of insurance

vice included for domestic and
destinations.

il insurance.**

ionally, a customs declaration

certain items. For details regarding claims
ic Mail Manual at http://pe.usps.com.
anual at http://pe.usps.com for availability an

## FLAT RATE ENVI
IY WEIGHT

AT USPS.COM
EE SUPPLIES ONLINE

TO SEAL



## UNITED STATES POSTAL SERVICE®        Click-N-Ship®

**P**

usps.com   9405 5301 0935 5180 7919 48 0095 5001 0003 3301
$9.55
US POSTAGE

U.S. POSTAGE PAID

07/12/2025        Mailed from 33028   856836933808507

### PRIORITY MAIL®

KEVIN BAIN                              Padded Flat Rate Envelope
16442 NW 13TH ST                        **RDC 03**
PEMBROKE PINES FL 33028-1308

**C040**



US DISTRICT COURT CLERK
STE 108
299 E BROWARD BLVD
FT LAUDERDALE FL 33301-1922

**USPS TRACKING #**



**9405 5301 0935 5180 7919 48**



